

| BRIAN QUINN<br>Chief Justice | **Court of Appeals** | BOBBY RAMIREZ<br>Clerk |
|---|---|---|
| PATRICK A. PIRTLE<br>Justice | Seventh District of Texas | |
| | Potter County Courts Building | MAILING ADDRESS:<br>P. O. Box 9540<br>79105-9540 |
| JUDY C. PARKER<br>Justice | 501 S. Fillmore, Suite 2-A | |
| LAWRENCE M. DOSS<br>Justice | Amarillo, Texas 79101-2449 | |
| | www.txcourts.gov/7thcoa.aspx | (806) 342-2650 |

December 7, 2021

Eli Edwards
TDCJ-ID #1384225
Hughes Unit
Route 2 Box 4400
Gatesville, TX 76597

**RE:** Case Number: 07-21-00285-CR, 07-21-00286-CR, 07-21-00287-CR, 07-21-00288-CR, 07-21-00289-CR, 07-21-00290-CR

**Style:** In re Eli D. Edwards, Relator

Dear Mr. Edwards:

The Court this day issued an opinion and judgment in the referenced appeals. *See* TEX. R. APP. P. 48.

Pursuant to Section 51.204(b)(2) of the Texas Government Code, exhibits on file with this Court, if any, will be destroyed three years after final disposition of the case or at an earlier date if ordered by the Court.

Very truly yours,

*Bobby Ramirez*

Bobby Ramirez, Clerk

cc:     Honorable Steven R. Emmert (DELIVERED VIA E-MAIL)
        Franklin McDonough (DELIVERED VIA E-MAIL)